EDWARD LASKA, Respondent, *v.* CHARLES K. HARRIS,
                    Appellant.

*Laska* v. *Harris*, 154 App. Div. 932, appeal dismissed.
(Argued February 24, 1913; decided March 4, 1913.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the first judi-
cial department, entered January 3, 1913, affirming a
judgment in favor of plaintiff entered upon a verdict in
an action to recover for the alleged breach of a contract
of employment.

The motion was made upon the ground that the appeal
was unauthorized, the affirmance by the Appellate Divi-

sion having been unanimous, and permission to appeal not having been obtained.

*George Boochever* for motion.

*Adolph H. Rosenfeld* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.